UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
Manolito Yapchulay and
Mary Jane Yapchulay

                    Plaintiff(s),         JUDGMENT

          -against-                    CV 05-1139(WDW)
Kohl's Department Stores, Inc. and
Kohl's New York D.C., Inc.

                    Defendant(s).
------------------------------------------------------X

**WALL, U.S.M.J.**

A jury was selected on May 21, 2007 and the trial commenced on May 22, 2007 and the parties having presented the evidence, authorities and argument, and having closed the evidence on May 24, 2007 and the jury having deliberated and returned a verdict on May 29, 2007,

IT IS ORDERED AND ADJUDGED, that Judgment is entered in favor of the defendants Kohl's Department Stores, Inc. and Kohl's New York D.C., Inc. and against plaintiffs Manolito Yapchulay and Mary Jane Yapchulay and the Complaint is dismissed on the merits.

Dated:      Central Islip, New York
             May 31, 2007                    /s/_____
                                                    Thomas Talbott
                                                    Deputy Clerk, EDNY